242 So.2d 890

**STATE of Louisiana ex rel. Roland Leroy POSEY**

**v.**

**Louis M. SOWERS, Director, Department of Corrections, State of Louisiana et al.**

**No. 51129.**

Jan. 27, 1971.

 C.Cr.P. Art. 880, amended 1970 is not applicable. The showing made does not warrant the exercise of our supervisory or original jurisdiction.

■

242 So.2d 890

**Louis· FLANAGAN**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 51132.**

Jan. 27, 1971.

 The showing made does not warrant the exercise of our original or supervisory jurisdiction.